UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-105(01)RM |
| ) | |
| ROBERT D. WARD ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 26, 2009 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Robert Ward's plea of guilty, and FINDS the defendant guilty of Counts 1 and 4 of the Indictment, in violation of 21 U.S.C. § 841(a) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:  December 1, 2009 

　　　　　　　　　　　　　　　　　　   /s/ Robert L. Miller, Jr.        
　　　　　　　　　　　　　　　　　　  Chief Judge
　　　　　　　　　　　　　　　　　　  United States District Court